# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Disc Graphics, Inc. DBA Oliver, Inc. | 11/25/2022 | 266279 | Check | $ 29,939.10 |
| Akorn Operating Company, LLC | Disc Graphics, Inc. DBA Oliver, Inc. | 12/6/2022 | 266389 | Check | $ 64,684.88 |
| Akorn Operating Company, LLC | Disc Graphics, Inc. DBA Oliver, Inc. | 12/15/2022 | 266548 | Check | $ 12,529.13 |
| Akorn Operating Company, LLC | Disc Graphics, Inc. DBA Oliver, Inc. | 2/3/2023 | 267093 | Check | $ 36,273.18 |
| | | | | | $ 143,426.29 |