# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | |
| GEORGE MILLER, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATES OF AKORN HOLDING COMPANY, LLC, ET AL., | |
| Plaintiff, | Adv. Pro. No. 25-50337 (KBO) |
| v. | |
| DISC GRAPHICS INC. D/B/A OLIVER INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff George L. Miller, in his capacity as chapter 7 trustee of the bankruptcy estates for the above-captioned debtors, by and through his undersigned counsel, voluntarily dismisses this action in its entirety.

*[SIGNATURE PAGE TO FOLLOW]*

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| | |
|---|---|
| Dated: June 4, 2025<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>*Counsel to Plaintiff* |